IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LIBERTY PEAK VENTURES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-716-DII |
| VISA INC. and VISA U.S.A. INC., | § § § | |
| Defendants. | § § | |

## ORDER

On September 29, 2023, Plaintiff Liberty Peak Ventures, LLC ("Plaintiff") and Defendants Visa Inc. and Visa U.S.A. Inc. (collectively, "Defendants") filed a joint and agreed motion to dismiss stating that the parties have resolved their dispute. (Dkt. 18). The Court construes the parties' motion as a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

Accordingly, **IT IS ORDERED** that Plaintiffs' Joint Motion to Dismiss (Dkt. 18) is **GRANTED**. As nothing remains to resolve, **IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on October 6, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE